TIMOTHY COURCHAINE
United States Attorney
District of Arizona
CHONG-HO CHUNG
Assistant U.S. Attorney
Arizona State Bar No. 27730
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Chong-Ho.Chung@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Edgar Ramos-Romero,<br><br>   Defendant. | No. CR-25-00701-PHX-ASB<br><br>**INFORMATION**<br><br>VIO:  8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)<br>(Transportation of an Illegal Alien)<br>Count 1<br><br>18 U.S.C. § 371<br>(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)<br>Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

<u>**COUNT 1**</u>

On or about April 18, 2025, in the District of Arizona, the defendant, EDGAR RAMOS-ROMERO, knowing and in reckless disregard of the fact that certain aliens, Luis Fernando Garcia-Lopez and Rafael Alejandro Ruiz-Gonzales, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said aliens within the United States by means of transportation and otherwise in furtherance of such violation of law, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B).

**COUNT 2**

Beginning on an unknown date and continuing up to and including April 18, 2025, in the District of Arizona and elsewhere, defendant EDGAR RAMOS-ROMERO did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before April 18, 2025, unknown co-conspirators in Mexico brought Luis Fernando Garcia-Lopez and Rafael Alejandro Ruiz-Gonzales to the Mexican border with the United States, with the purpose that Luis Fernando Garcia-Lopez and Rafael Alejandro Ruiz-Gonzales would enter the United States, knowing and in reckless disregard of the fact that Luis Fernando Garcia-Lopez and Rafael Alejandro Ruiz-Gonzales did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about April 18, 2025, defendant EDGAR RAMOS-ROMERO transported Luis Fernando Garcia-Lopez and Rafael Alejandro Ruiz-Gonzales in a vehicle within the District of Arizona to facilitate Luis Fernando Garcia-Lopez and Rafael Alejandro Ruiz-Gonzales's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 25th day of April, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

CHONG-HO CHUNG
Assistant U.S. Attorney